An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FATBURGER RESTAURANTS OF NEVADA, INC., A NEVADA CORPORATION AND FATBURGER CORPORATION, A NEVADA CORPORATION,
Appellants,
vs.
WEINGARTEN NOSTAT, INC.,
Respondent.

No. 58134

FILED

FEB 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to set aside a default judgment. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

As appellant Fatburger Corporation, in response to this court's order to show cause, concedes that claims remain pending below, such that no final judgment has been entered, we conclude that we lack jurisdiction, NRAP 3A(b)(1), and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

[1]In light of this order, all pending motions are denied as moot. Nothing in this order precludes appellants, if aggrieved, from filing a new notice of appeal from any final judgment in the matter below.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-05083

cc: Hon. Jerome T. Tao, District Judge
Jerry J. Kaufman, Settlement Judge
Weide & Miller, Ltd.
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
Eighth District Court Clerk